

U.S. Department of Justice

*John W. Vaudreuil*
*United States Attorney*
*Western District of Wisconsin*

Telephone 608/264-5158
TTY 608/264-5006
Main Facsimile 608/264-5172
Administrative Facsimile 608/264-5183
Civil Division Facsimile 608/264-5724
Criminal Division Facsimile 608/264-5054

Address:
Suite 303, City Station
660 West Washington Avenue
Madison, Wisconsin 53703

March 25, 2014

Mr. Michael G. Goller
Reinhart, Boerner, Van Deuren, S.C.
1000 North Water Street, Suite 1700
Milwaukee, WI 53202-6650

    Re:    *United States v. Jared Hart*
           Case No. 14-cr-00027-wmc

Dear Mr. Goller:

      Pursuant to the government's discovery obligations under the Federal Rules of Criminal Procedure, you are being provided two disks of discovery documents. Disk one contains documents bates-labeled 1 to 643 and disk two contains documents bates-labeled 644 to 1696. For your convenience, this discovery has been scanned using Optical Character Recognition and is being provided to you in a searchable format.

                                  Very truly yours,

                                  JOHN W. VAUDREUIL
                                United States Attorney

                                By:      /s/

                                MEREDITH P. DUCHEMIN
                                Assistant United States Attorney

MPD:llb
Enclosure