# Support Letters

# Exhibit A

August 14, 2014

The Honorable William M. Conley
U.S. District Court – Western District
120 N. Henry St.
PO Box 591
Madison WI  53701-0591

Re:     Jared J. Hart

Dear Judge Conley:

We wish to express our heartfelt support of Mr. Jared ("Jed") Hart.  We have known Jed for about eight years and he has been our son-in-law for six of those eight years.  Jed displays a very strong work ethic and we are very proud of him as a son-in-law.

Please note that we are in complete support of the way he has turned his life around and how he and our daughter are raising their six-month old son.

He is a kind, compassionate, and caring individual -- as exhibited by the numerous events he has held for the community and in support of law enforcement and fire-fighting agencies, as well as the local school/s.

We understand what a challenging time this is for him and we appreciate your consideration of our letter. Thank you for your time!

Sincerely,

*Gary & Bette Wilz*

Gary and Bette Wilz
16 Regal Terrace
Appleton, WI  54915
920-735-2848

8-15-2014

The Honorable William M. Conley
U.S. District Court Western District
120 N. Henry Street
P.O. Box 591
Madison, WI 53701-0591

To: The Honorable William M. Conley

I am writing to you on behalf of my brother Jed Hart. I am his sister, Jaime Reichert and have known him for 36 years. Although our relationship has been "turbulent" at times as most siblings can relate, I could not be more proud to call him my brother.

Everyone loved Jed. He was the fun bar owner on the college bar scene here in Eau Claire known as Water Street. The Pickle AKA "The Birthday Bar" is very popular with college students. Always giving away drinks and barrel parties, even cash raffles nightly over the microphone. He also on behalf of himself and The Pickle became very involved in many of the police, fire fighter and military charity functions either by giving donations and/or physically attending. Jed always felt he needed to be at the bar to oversee operations based on the age group of the people that were his patrons and the people he employed.

On September 11, 2001, Jed lost the only Dad he ever knew, our Uncle John Patrick Hart who was murdered in the World Trade Center. Not knowing whether or not John had survived, we immediately drove to Manhattan with our Aunt and Johns best friend to see if he could possibly be one of the "John Does" in the hospital the news was reporting. After some time in lower Manhattan we realized it was unlikely we would be bringing John home and returned to Wisconsin after two weeks empty handed. It was unbearable bringing that news to our mother, grandma and other family members. Jed quickly became one of the spokespeople for our family here in Eau Claire, giving interviews, speaking at events and memorials. After 9/11 it was as if Jed needed a cause so John would not be forgotten. He frequently spoke of how America came together and how we all treated each other in the days after 9/11. Always coining the phrase, "Never Forget 9/11 and always remember 9/12".

Our biological father was never involved in our lives and died in February, 2002 of a massive heart attack while driving his car most likely caused by the cocaine in his system. Neither one of us had been in contact with him for 16 years prior to his death.

Our mother in the months after 9/11 was diagnosed with a stage 4 uterine cancer and was not expected to live. He was the glue that kept our family together. Spending time with my grandma and taking my mom to her doctor appointments in Rochester, MN. In the past 6 years she has also battled breast cancer. Again, Jed was the one that kept us calm, and collected and helped her through these times. She often says she does not know what she would do without him.

I had my son Alex (now 20) at the age of 17. Jed has played a significant father- like role in his life as Alex's dad has never been involved either. This is a role he did not have to play and I will be forever grateful.

Jed met his wife in 2006, they married in 2008. Unfortunately, they had problems getting pregnant and tried for a long time. Many prayers and years later they have been recently blessed with Leo John. Jed is an amazing father completely 100% hands on. The marriage and family life my brother and his wife have is one I hope to replicate with my own husband someday. I am so proud (and sometimes jealous) of the bond and loyalty and family values they have. They are each other's number one priority.

I beg you to please consider how much my brother is needed in this family when you decide his sentence. I realize there is a penalty for what has been done. I personally believe his lack of post high school business training, along with the success of the bar and lack of knowledge in the bar business was part of the equation that got him to this place. It is not an excuse by any means, nor am I trying to make any your Honor.

I just am not sure my mother will survive having to live through another tragedy all-be-it the consequences of actions he has taken moral responsibility for. He no longer drinks, he has lost over 100 pounds, he goes to church twice a week and acknowledges his mistakes. His son needs him, his wife needs him, my mom needs him... we all need him! Please do not take him away from us!

Thank you for taking the time to read my letter and for your consideration.


Respectfully,

*Jaime Reichert*

Jaime Reichert
4426 Echo Valley Drive
Eau Claire, WI 54701
715.456.8420



August 15th, 2014
The Honorable William M. Conley
U.S. District Court Western District
120 North Henry St
P.O. 591
Madison, WI 53701-0591

Dear Judge Conley,

Thank you for reviewing this letter of affirmation and support of Jared (Jed) Hart. For the past three years I have served as Jed's pastor at Peace Lutheran Church in Eau Claire Wisconsin.

This is my first letter of support for an individual facing sentencing. As a pastor, I appreciate the gravity of Mr. Hart's actions and the need for restitution. That said, I believe that Jed has genuinely become a different man over the past two years. I realize that some individuals embrace religion in an effort to game the system. I do not sense that with Mr. Hart. Jed and his wife Beth attend our church weekly; they volunteer in our financial peace university program, and have show genuine concern for those in need in our community.

Over the past two years Jed has gone out of his way to seek spiritual council. And I see real progress in Jed that is not forced or artificial. I genuinely believe that he is on the "right track" and desires to make a positive impact in our community.

To conclude, I encourage the court to offer leniency to Mr. Hart. I believe that he is remorseful for his crimes, has made positive changes in his life and desires to better our community.

Thank you for considering this letter.

Sincerely yours,

*james whatley*
associate pastor / peace church

501 E. Fillmore Avenue  Eau Claire, WI  54701
715.834.2486

www.MyPeaceChurch.com

Mary Hart Meixelsperger
7791 Tartan Fields Drive
Dublin, OH 43017

August 16, 2014

The Honorable William M. Conley
U.S. District Court Western District
120 N. Henry Street
P.O. Box 591
Madison, WI 53701-0591

Dear Sir:

I am Jared Hart's aunt. His mother, Christine, and I are sisters. I was a teenager when Jared was born and enjoyed watching him grow up. I am now a business executive living in Dublin, Ohio.

Jared is a young man of great strength, love and character. He is a loving husband and adores his new son, Leo, his wife, Beth, his mother, Christine and sister, Jaime. He is very close to his family and I have always known him to be a caring and considerate person. He was devastated after the death of my brother, John Patrick Hart, on 9/11. Jared and I drove to NYC together two days after the towers were attacked to file a missing person report and to search hospitals for John. Jared's strength, love and support made all of the difference to me in carrying out our task during those days in NY. My sister relies heavily on Jared to assist her at home as well as at the small business she owns in Eau Claire. Jared was also a favorite grandson of my mother who passed away in 2010. Many times when mom had challenges, he would come to her aid at a moment's notice, several times assisting her after she had fallen. I love Jared dearly, and know the true nature of his decency, kindness and love.

Thank you for your consideration of my letter. I truly appreciate it.


Sincerely,

*Mary Hart Meixelsp*

Mary Hart Meixelsperger
Senior Vice President and CFO
DSW Inc.

David Zempel
401 2nd St W
Menomonie, WI 5751
August 16, 2014


The Honorable William M. Conley
U.S. District Court Western District
120 N. Henry Street
P.O. Box 591
Madison, WI 53701-0591


Dear: Mr. Conley

I have known Mr. Hart for a number of years having got to know him during my employment under him. During our working relationship we began a friendship. There are few relationships I cherish, my relationship with Mr. Hart happens to be one of them.

I understand Jed has pled guilty to the federal charges he and his family have been facing. As I know this must be scary for him and his family, it is also scary for his close friends. I have looked to Jed for advice and counsel during many struggles and opportunities in my life, he has always been a great friend and mentor to me and it will be hard to not have his support during these trying times. As he has supported me for years, this is my attempt to support him. Jed is a good man, with an amazing, caring heart. I only hope that the court will show leniency during sentencing as he is depended on as a Father, Husband and Friend on a daily basis.

Thank you for taking the time to read and consider this letter. God Bless.

Sincerely,



David L Zempel

W4730 Interlachen Blvd.

Eleva, WI 54738

August 18, 2014


The Honorable William M. Conley
U.S. District Court Western District
120 N. Henry Street
P.O. Box 591
Madison, WI 53701-0591


Dear Judge Conley,

I am contacting you on behalf of Jared Hart, who has accepted a plea and is awaiting sentencing. I have been friends with Jared (Jed) Hart for nearly 10 years. In this time, I have seen a very thoughtful and loyal man. After his uncle (who was like a father figure) was killed in the World Trade Center on September 11, 2001, he has shown great support for our military, police and firefighters including holding charity events for their benefit. Jed is a man who is generous, patriotic and has a dedication to helping others in need. He is an active member in his church, and has found new joy in spending time with his 6 month old son, Leo John.

As a father myself, my biggest concern is the impact his sentence may have on his wife Beth, and their young son, LJ. His actions in this case didn't cause harm to anyone, but taking him away from his wife and son would be devastating to this young family. Jed has so much to offer his community, church and family. I believe this was a lapse in judgment for a man who was inexperienced in operating his new business. Please consider a sentence of probation and restitution which would allow him to continue being a loving husband and father, and an involved citizen in our community.

Thank you for your consideration. If I can offer any further information, please feel free to contact me.

Warmest Regards,

Christopher Wolff

715-797-5766

August 18, 2014

The Honorable William M. Conley

U.S. District Court Western District

120 N. Henry Street

P. O. Box 591

Madison, Wisconsin 53701-0591

To: The Honorable William M. Conley:

As Jed's mom I have watched a young boy grow into a teenager, a young adult and into a real man. Through those years we have had life's ups and downs. I raised Jed (Jared Hart) as a single mother along with his sister. My family is a strong military family some known as the "Greatest Generation".

Jed has been present through the years helping with the family business of 25 years at All Title Services. We are a full service Title Company, working closely with bankers, realtors, attorneys and individuals. Our work also includes working under contract for the State of Wisconsin Department of Transportation in obtaining right-of-way for road improvements. Jed has the job of title searching on these projects. A job that could be completed at home from a computer.

I have lived through two cancer diagnoses with the help of God, good doctors, and my family. As a side effect to the cancer treatment I have Lymphedema in my right arm. At times my arm will swell with infection. Jed will drive me to the emergency room, antibiotics are given and home again for rest. Jed was and continues to be my rock. I underwent a knee replacement and will need the other knee replaced soon. I would need Jed to help me recover not only at home but taking over at the office. He encouraged me to buy a three wheel bike to work my knees and become stronger over all. Early in the morning when time allows he rides his bike to my house, pumps my tires and states "Let's go mom this is good for you". He then rides behind me and encourages me especially up the hills.

We stood together through some rough times. We buried my mother, father, step father, my oldest brother and on September 11, 2001 we lost my youngest brother John Patrick Hart in the South Towers in New York City.

9-11 was one of the hardest hits we took as a family. My brother John Patrick Hart was murdered in the South Tower. John was the only father Jed knew growing up. They bonded as father and son. John taught Jed to hunt and so much more. To this day I believe John is with him in spirit. Jed, my daughter Jaime, my sister Mary and two of John's friends drove to New York after the terrorist attack hoping and praying to locate John. They were told to go home and celebrate his life. The tragic event is something Jed lives with every day as I do and all that lost that day. He tells me the taste and smell of that day in the City still lingers with him. Jed misses John. He relied on him for advice in his own life.

As life went on Jed found his business "The Pickle" however always on call to help me with the title business. As the title business grew he was counted on more and more at All Title. We had some rough years with the economy but we worked hard and came through as a better company. The bar days were winding down as far as his participation and life style. (The parties and drinking) He found his soul mate in Beth and they married. His presence at All Title started to grow once again. I depend on him to be my primary Loan Closer, Construction Inspector, Marketing Consultant and Title Searcher. He reviews financials with me and advises on company decisions. He works closely with an employee of seventeen years who we chose to manage our human resource portion of the business. I trust and love him with all my heart. I believe as I grow older and eventually retire he will continue to lead this company and ensure jobs are secured.

I live alone and I can call on him day or night to assist me with my home. The latest was changing smoke detectors in the middle of the night after a frantic call from me. We started a tradition after Leo John was born of Friday night dinner together. No matter how busy we are we make time to sit and review our week and talk family.

I realize Jed has made mistakes in the past. He has taken responsibility for those actions and will never take that path again. He has a wonderful wife in Beth and young son Leo John, 7 months old. He is a hands on dad. He is needed at home and at All Title Services. I employ 19 people. Good people who want us to continue to be successful and Jed is a major reason for that success. I have clients that request to work solely with him. He has never been in any trouble with law enforcement in the past. He is a huge supporter of police, fire and all military. He has friends in the military and recently had dinner with one on leave serving our country as a Navy Seal. He is our family spokesperson for 9-11 events in our community and has been asked to speak at many events through the years. He proudly calls himself an American. I am proud to call him my son. We have a saying as we look forward into the future "Lead by Example".

He and Beth are active members of Peace Lutheran Church in Eau Claire. They have found a place to honor God and raise their son and hopefully more children to come. During the Christian Lenten season Jed decided to give instead of giving up. (Most of us decide to give up something during the holy season). Jed made dozens of cookies every day for 40 days, (never missed a day) packaged them along with a bible verse and delivered them to neighbors, co-workers, anyone who crossed his path. He is a cheerful giver in many ways.

I am asking with all due respect you take all of who Jed is today into consideration on November 4th.

My warmest regards,

Christine L. Hart Reichert,

Jed's mom.

August 18, 2014

Nicole R. Moore
1301 Oakcrest Dr.
Eau Claire, WI 54701

The Honorable William M. Conley
U.S. District Court Western District
120 N. Henry St.
PO Box 591
Madison, WI 53701-0591

Dear Sir,

I am writing on behalf of Jared Hart, I have been acquainted with Mr. Hart (Jed) for 18 years both personally and professionally. I first knew Jed as a friend in high school and when his mother needed help at the title company. I started working at All Title Services, Inc. 17 years ago and today am the office manager.

When I first started at the title company, it was Jed that trained me in title searching and as my career evolved Jed also trained me to do loan closings. As a mentor Jed was very patient and knowledgeable. At that time we would take a lot of long trips to the outer counties we serviced and Jed was always positive and upbeat keeping the trips productive and enjoyable. At this time there were only three employees at our company.

For a time Jed took time off from the title company to grow his own business. When the economic downturn hit our small company, which at this point had grown to 12 employees we were faced with some hard decisions and had to downsize and cutback. At this time Jed stepped in and was integral in forming and executing a marketing and growth plan to keep our doors open. He knew that this company was the source of income for his mother, his sister, me and a handful of other employees that still remained. We weathered the storm of the poor economy that hit the real estate market hard and caused many similar businesses in our industry to close their doors.

Today our company has grown to 19 employees and even though we have the lingering memory of our struggles through the hard economic times we continue to grow. As Jed's life personal life changed and

he chose to be at the bar less he came back to work at All Title Services, Inc. While it would be easy for someone who was related to the owner to take the easy jobs, Jed does not ask for preferential treatment. He often goes on long trips to do title searches in the outer counties where we have Department of Transportation work. As a loan closer he often takes the late closings or the ones that are out of our normal day to day area, so that we don't have to send other employees out as far. He is innovative in his marketing ideas and an enthusiastic co-worker. Jed's easy going personality and professionalism allow our customers to feel at ease in the loan closing process which can be stressful for homebuyers. He always has a smile and a positive attitude in the workplace. While Chris, the owner, is still a very active participant in the day to day operations she very much looks to her son Jed to be a leader of this company. He is an extremely important member of our team and one of the keys to our success.

As Jed's father was not an active part of his life, his uncle John Patrick Hart was the male role model in Jed's life. He had a tremendous impact on Jed's life. I had the privilege to meet John Patrick Hart on several occasions and know that his love of his family, his faith and work ethic transferred to Jed at a very young age. When John was killed in the terrorist attack on 09/11, it was a devastating blow to Jed's very close knit family. Although I know how much it hurt Jed he was rock for his grandmother, his mother and the many other family members that were left crushed by their loss.

Jed has also supported his mom through two bouts of cancer. The first time Chris was diagnosed with stage 4 cancer that was discovered shortly after they lost John. There was a time when they were unsure if they would lose Chris too. It was the strength and support of her family especially Jed and Jaime and their tremendous faith that pulled them through these hard times.

Today Jed is a changed and humble person. The teenager that I met so many years ago has grown to be a well-rounded and grounded adult. He is an involved and loving father to his son Leo John and devoted spouse to his wife Beth. It is clear to me there is nothing he values more than his faith and his family. He has become an active member in his church and talks openly about the changes he has made and that the path that brought him there was through his faith. He supports and contributes to the local firefighters, police and military with both time and funds. He spends free time with his mother and family whenever possible. He is a person I am proud to call a friend and privileged to call a co-worker. I thank you for your time and consideration.

Sincerely,

Nicole R. Moore

Jeanine Hart Seaman
6226 Avenida Loma de Oro
P.O. Box 3796
Rancho Santa Fe, CA 92067

August 18, 2014

The Honorable William M. Conley
U.S. District Court Western District
120 N. Henry Street
P.O. Box 591
Madison, WI 53701-0591

Dear Judge Conley:

I am writing you today regarding Jared Hart. Jared is my nephew. His mother is my oldest sister, Christine. We are a very close family, and I visit Wisconsin multiple times each year, specifically to see my family and keep our ties close. I am self-employed and own real estate investments in the San Diego area.

I have watched Jared grow from an infant to a mature, responsible young man. Jared is deeply committed to his family, his mother and sister, Jaime, his wife Beth, and now his first born son, Leo. Our family has suffered several traumatic losses throughout the years, including his Uncle and my brother, John Patrick Hart on 9/11/2001 in the World Trade Towers. During and after each loss, Jared has stepped up, been present, and assisted his mother, sister and grandmother. I have personally experienced his good character, thoughtfulness, and kindness in many ways. He regularly keeps me informed of his growing family, has personally thanked me for my assistance and support of his mother and grandmother, and is always an enthusiastic participant in any family gatherings when I am visiting Wisconsin. I count Jared as one of the people in my life that would unconditionally come to my aid at a moment's notice. I love Jared and am honored to have him as my nephew.

Thank you for your time and consideration of my letter.

Sincerely,

Jeanine Hart Seaman
President and CEO
Hart Equities, Inc.

The Honorable William M. Conley
U.S District Court Western District
120 N. Henry Street
P.O. Box 591
Madison, WI 53701

August 20, 2014

Dear Sir:

I am writing this letter in support of my good friend Jed Hart. I have known Jed since 2002 and consider him one of my closest friends.

I would preface by stating that while I may have a lot of friends, I don't have a lot of "close friends" and I am very particular about that title. The reason why I would include Jed in that category is he is what I call a "sticker". This is someone that at a moments notice would come to my aide and do so without needing a reason or explanation. He has always been there for me when I needed advice on a matter or if I just needed to bend someone's ear.

Jed has not been without faults, however, I have seen him grow in the last year and have been really impressed at how he has blossomed as a person and more importantly as a Father. I think that Fatherhood has shaped him in a way that would make anyone who truly knows Jed proud.

Thank you for your time and consideration.

Sincerely,

Jason Vance

Theresa Giannola
320 Gold Mine Road
Iron River Michigan 49935

August 20, 2014

The Honorable William M. Conley
U.S. District Court Western District
120 N. Henry Street
P.O. Box 591
Madison, WI 53701-0591

Dear Judge Conley,

I am writing to you on behalf of Jed Hart. Jed married my daughter, Elizabeth, in July of 2008. In the past 6 years I have gotten to know Jed through frequent phone calls, visits and intimate, mother/daughter conversations with my daughter about her husband.

Jed is one of the most caring men I know. His love and respect for my daughter is so strong that I have, recently, lost the concern for her heartbreak that accompanies passing a daughter to a husband. Jed's gentleness has grown with the birth of his son, Leo John. The pure devotion of Jed to his wife and son seem to be growing every day. In fact, the over-all growth that I have observed in Jed in the past year is especially gratifying. His faith life seems to be the root of this growth. He has learned to ask in prayer for God's guidance and is daily becoming an even more thoughtful, loving, caring and humble man.

I appreciate your attention to my letter and I thank you for your consideration.

Regards,

*Theresa Giannola*

Theresa Giannola

Leo Giannola
320 Gold Mine Road
Iron River Michigan 49935


The Honorable William M. Conley
U.S. District Court Western District
120 N. Henry Street
P.O. Box 591
Madison, WI 53701-0591


Dear Judge Conley

I am Jared (Jed) Hart's father-in-law. I meet Jed at my daughter's graduation from UW Eau Claire. Two years later in July 2008 at their wedding I entrusted to him her care and love.

Since that July day Jed has not lost my trust or confidence; he is a model husband and father. With the exception of the injudicious act which brings him to your court he is a man of integrity with a unique kindness and generosity. He one of those individuals who has a way of bringing happiness to his family and friends as well as the stranger he just met. He has matured into a man of strong faith. I am very pleased my daughter chose him to be her husband.

I believe he is regretful of his indiscretion and is sadden by the hardship it is likely to impose on those he loves. I thank you for your time and consideration of my comments and observations of Jed Hart.


Sincerely,

*Leo Giannola*

Leo Giannola

August 25, 2014

The Honorable William M. Conley
U.S. District Court Western District
120 N. Henry Street
P.O. Box 591
Madison, WI 53701-0591

Dear Judge Conley,

I am Elizabeth Hart, Jed's wife. I met Jed in April of 2006 through mutual friends. We quickly became friends ourselves and began dating in July of 2006. A year later we were engaged and a year after, in July of 2008, we were married.

I stand behind and beside my husband 110%. He is the rock and corner stone of our family. His strength through difficult times is unprecedented. As a man he has had to face adversities that I can't begin to imagine, from a dead beat biological father who left when Jed was a very young child, to his uncle/father figure being murdered so tragically in the South tower on 9/11, to his mother having stage four cancer, fighting it, only to be diagnosed 5 years later with breast cancer, and fighting all over again. And all while holding up the family business that supports his mom, his sister's family, and our own family. Jed is a man of incredible character, he's learned a lot of life's lessons the hard way but one thing is for sure he always comes out on the other side a wiser, better, and a more honorable man.

Jed and I also struggled with infertility for 4 years (with a miscarriage in year one) before we had our son Leo John just this past January. Jed is an amazing father! He plays with Leo till they both can't laugh any harder, he willingly changes diapers, he takes Leo to daycare, and we pray as a family every evening. Jed always says he knows Leo is God's child, and he thanks God for allowing us to raise one of His children.

While I can honestly say our current life lesson has most defiantly been a very difficult one it's also, I believe, taught us the most yet. Jed and I have had many evenings full of brutally honest conversations, most all with some tears, a prayer to God, and always ending in "I love you." We are strong, and growing stronger by the day. The Jed I am married to today is not the same Jed I married in 2008. Today Jed is a stronger, healthier, wiser man; and he is a man of deep religious conviction.

Thank Judge for reviewing and considering my words.

Sincerely,

*Elizabeth A. Hart*

Elizabeth A Hart

From:
James Fey
1133 Rainetta Drive
Eau Claire, WI 54701
September 29, 2014

To:
The Honorable William M. Conley
U.S. District Court Western District
120 N. Henry Street
P.O. Box 591
Madison, WI 53701-0591

Re: Character Reference for Jed Hart

Your Honor,

I am blessed to be a 4th generation family business owner, providing the Eau Claire and Altoona school districts with first-rate school bus transportation for precious cargo: our school children. I'm writing to ask that you please consider my letter as you decide the consequences of my friend Jed Hart. Jed and I have been great friends for over 12 years and I'd like to share with you my support for Jed.

I've always known Jed to be a stand-up guy who takes responsibility for his decisions, and must say it's hard to believe he put himself in this predicament. I will tell you he's an awesome human being with a huge heart! He's a friend who's always been there for me and my wife and we've shared many laughs and tears together. To me and my family, he's always been a model patriot who loves our Country and shows great love and compassion for his fellow human beings. I truly believe Jed has learned many life lessons throughout these proceedings and I ask, as a dear friend to him, that you consider how much Jed adds value to others' lives. He's paid a price and will pay more, I just ask you allow him back into society sooner so that he may contribute positively. In addition, Jed and his wife recently welcomed the birth of a son and we all know the importance of having a loving couple working together to raise a child in a positive and caring environment.

Your Honor, thank you for considering my letter, I know it means the world to Jed and hope it makes a difference as you contemplate the sentencing of my friend.

Please feel free to contact me for further information.

Sincerely,

James P. Fey
Vice-President
Student Transit - Eau Claire, Inc.