
# Charter Bank

October 29, 2014

Michael G. Goller, Esq.
Reinhart Boerner Van Deuren s.c
1000 North Water Street, Suite 1700
Milwaukee, WI 53202

Dear Mr. Goller:

RE: Jed Hart

I am President of Charter Bank Eau Claire. Charter Bank is a longtime lender to J&L Corporation, the owner of the Pickle Bar.

In my capacity as a lender to various small businesses in the Eau Claire area, including a number of bars such as the Pickle Bar, Charter Bank occasionally relies on financial statement studies issued by the Risk Management Association (the RMA). This survey is used as a guide to determine what type of revenue expense and profit one would expect to see from a customer in that industry.

Because these analyses do not change significantly over the years, the bank does not purchase the survey every year. The most recent report we have is the 2005-2006 survey; however, I believe that the survey is fairly representative of subsequent years, up until the present date. We have found that the RMA survey provides a reasonably accurate estimate of bar's financial statistics.

Attached is a copy of the relevant pages from the RMA Study 2005-2008.

Sincerely,

Paul D. Kohler
President & CEO
*NMLS# 528500*
pkohler@charterbankec.com


EXHIBIT B



# ANNUAL STATEMENT STUDIES 2005 2006

*Serving the Financial Services Industry*

**Comparative Historical Data** / **Current Data Sorted By Sales**

| | | | | | | Type of Statement | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 6 | | 5 | 1 | Unqualified | | | | | | | 1 |
| | | 2 | | 7 | 2 | Reviewed | | | 1 | | | 1 | |
| | | 37 | | 41 | 41 | Compiled | | 13 | 19 | 7 | 1 | 1 | 1 |
| | | 80 | | 85 | 80 | Tax Returns | | 45 | 28 | 3 | 2 | 1 | 1 |
| | | 44 | | 38 | 49 | Other | | 15 | 20 | 6 | 5 | 1 | 2 |
| | | 4/1/02- | | 4/1/03- | 4/1/04- | | | 17 (4/1-9/30/04) | | | 156 (10/1/04-3/31/05) | | |
| | | 3/31/03 | | 3/31/04 | 3/31/05 | | | 0-1MM | 1-3MM | 3-5MM | 5-10MM | 10-25MM | 25MM & OVER |
| | | ALL 169 | | ALL 176 | ALL 173 | NUMBER OF STATEMENTS | | 73 | 68 | 16 | 8 | 3 | 5 |
| | | % | | % | % | ASSETS | | % | % | % | % | % | % |
| | | 16.0 | | 13.1 | 14.2 | Cash & Equivalents | | 14.8 | 13.7 | 12.6 | | | |
| | | 1.7 | | 2.2 | 1.6 | Trade Receivables (net) | | .9 | 2.0 | 3.6 | | | |
| | | 9.7 | | 9.9 | 9.5 | Inventory | | 10.0 | 10.2 | 9.9 | | | |
| | | 4.0 | | 2.4 | 5.0 | All Other Current | | 3.7 | 4.7 | 10.6 | | | |
| | | 31.4 | | 27.6 | 30.2 | Total Current | | 29.5 | 30.5 | 36.6 | | | |
| | | 48.4 | | 50.5 | 50.0 | Fixed Assets (net) | | 48.7 | 52.0 | 45.1 | | | |
| | | 9.6 | | 10.2 | 10.6 | Intangibles (net) | | 15.0 | 8.7 | 5.8 | | | |
| | | 10.6 | | 11.7 | 9.2 | All Other Non-Current | | 6.8 | 8.8 | 12.5 | | | |
| | | 100.0 | | 100.0 | 100.0 | Total | | 100.0 | 100.0 | 100.0 | | | |
| | | | | | | LIABILITIES | | | | | | | |
| | | 6.3 | | 7.9 | 6.3 | Notes Payable-Short Term | | 5.6 | 7.2 | 9.9 | | | |
| | | 2.8 | | 5.2 | 2.6 | Cur. Mat.-L/T/D | | 2.7 | 2.6 | 1.2 | | | |
| | | 7.1 | | 9.4 | 8.2 | Trade Payables | | 5.3 | 12.0 | 7.5 | | | |
| | | .4 | | .5 | .1 | Income Taxes Payable | | .0 | .2 | .0 | | | |
| | | 14.3 | | 14.2 | 19.9 | All Other Current | | 25.4 | 19.2 | 9.2 | | | |
| | | 30.8 | | 37.1 | 37.0 | Total Current | | 38.9 | 41.2 | 27.7 | | | |
| | | 32.7 | | 33.1 | 36.8 | Long-Term Debt | | 42.9 | 34.6 | 27.1 | | | |
| | | .0 | | .1 | .0 | Deferred Taxes | | .0 | .0 | .0 | | | |
| | | 15.5 | | 13.4 | 14.1 | All Other Non-Current | | 16.9 | 8.7 | 21.8 | | | |
| | | 21.0 | | 16.4 | 12.1 | Net Worth | | 1.3 | 15.5 | 23.4 | | | |
| | | 100.0 | | 100.0 | 100.0 | Total Liabilities & Net Worth | | 100.0 | 100.0 | 100.0 | | | |
| | | | | | | INCOME DATA | | | | | | | |
| | | 100.0 | | 100.0 | 100.0 | Net Sales | | 100.0 | 100.0 | 100.0 | | | |
| | | 58.7 | | 58.2 | 59.2 | Gross Profit | | 57.1 | 62.3 | 59.1 | | | |
| | | 53.9 | | 55.9 | 55.5 | Operating Expenses | | 55.1 | 57.7 | 54.5 | | | |
| | | 4.8 | | 2.3 | 3.7 | Operating Profit | | 2.0 | 4.5 | 4.6 | | | |
| | | 1.2 | | 1.2 | .7 | All Other Expenses (net) | | .8 | .8 | .8 | | | |
| | | 3.5 | | 1.1 | 3.0 | Profit Before Taxes | | 1.2 | 3.8 | 3.8 | | | |
| | | | | | | RATIOS | | | | | | | |
| | | 3.5 | | 2.5 | 3.1 | | | 3.9 | 2.7 | 3.0 | | | |
| | | 1.2 | | .9 | 1.0 | Current | | 1.2 | .8 | 1.1 | | | |
| | | .5 | | .3 | .4 | | | .3 | .4 | .6 | | | |
| | | 1.8 | | 1.5 | 1.8 | | | 2.2 | 1.5 | 1.0 | | | |
| | | .6 | (175) | .3 | (171) .4 | Quick | | .5 | (67) .3 | .5 | | | |
| | | .1 | | .1 | .1 | | | .0 | .1 | .2 | | | |
| | 0 | UND | 0 | UND | 0 UND | | 0 | UND | 0 UND | 0 UND | | | |
| | 0 | UND | 0 | UND | 0 UND | Sales/Receivables | 0 | UND | 0 UND | 1 585.7 | | | |
| | 0 | 978.9 | 1 | 623.2 | 1 434.0 | | 0 | UND | 1 325.9 | 6 62.3 | | | |
| | 8 | 43.4 | 9 | 41.5 | 9 41.0 | | 9 | 41.0 | 10 36.6 | 9 42.6 | | | |
| | 18 | 20.4 | 16 | 23.5 | 16 23.2 | Cost of Sales/Inventory | 17 | 21.4 | 16 23.2 | 12 29.8 | | | |
| | 29 | 12.6 | 25 | 14.5 | 27 13.4 | | 31 | 11.9 | 22 16.6 | 27 13.4 | | | |
| | 0 | UND | 0 | UND | 0 UND | | 0 | UND | 0 UND | 5 77.7 | | | |
| | 8 | 43.7 | 14 | 26.1 | 8 47.4 | Cost of Sales/Payables | 0 | UND | 11 33.0 | 10 35.5 | | | |
| | 31 | 11.6 | 33 | 11.2 | 30 12.2 | | 23 | 16.2 | 31 11.7 | 30 12.1 | | | |
| | | 15.6 | | 23.4 | 14.6 | | | 11.5 | 21.1 | 17.8 | | | |
| | | 94.0 | | -279.0 | 262.4 | Sales/Working Capital | | 79.9 | -117.6 | 181.7 | | | |
| | | -19.1 | | -12.2 | -17.5 | | | -14.2 | -13.3 | -47.3 | | | |
| | | 7.6 | | 6.0 | 10.5 | | | 5.8 | 18.2 | 30.6 | | | |
| | (117) | 2.1 | (129) | 2.1 | (119) 3.1 | EBIT/Interest | (44) | 1.9 | (50) 3.2 | (11) 5.2 | | | |
| | | .6 | | -.9 | .8 | | | .1 | .7 | .8 | | | |
| | | | | | | Net Profit + Depr., Dep., Amort./Cur. Mat. L/T/D | | | | | | | |
| | | .5 | | .7 | .8 | | | .5 | .9 | .4 | | | |
| | | 2.2 | | 3.2 | 2.4 | Fixed/Worth | | 3.8 | 2.2 | 12.2 | | | |
| | | -5.0 | | -3.2 | -4.8 | | | -2.0 | -5.5 | -6.2 | | | |
| | | .5 | | .9 | .7 | | | .8 | .8 | .5 | | | |
| | | 3.1 | | 4.0 | 2.9 | Debt/Worth | | 4.0 | 2.8 | 16.8 | | | |
| | | -8.2 | | -4.9 | -8.2 | | | -3.5 | -8.7 | -11.0 | | | |
| | | 67.4 | | 82.6 | 85.3 | | | 84.2 | 95.2 | 73.7 | | | |
| | (111) | 30.2 | (112) | 35.3 | (109) 35.7 | % Profit Before Taxes/Tangible Net Worth | (42) | 24.3 | (42) 32.9 | (11) 57.8 | | | |
| | | 4.7 | | .3 | 7.0 | | | -2.7 | 9.3 | 26.2 | | | |
| | | 28.8 | | 20.3 | 26.3 | | | 22.8 | 30.4 | 26.8 | | | |
| | | 6.5 | | 6.1 | 8.4 | % Profit Before Taxes/Total Assets | | 6.1 | 7.2 | 12.9 | | | |
| | | -2.3 | | -5.7 | -1.8 | | | -4.2 | .2 | -2.1 | | | |
| | | 21.6 | | 18.4 | 22.9 | | | 24.0 | 22.7 | 28.4 | | | |
| | | 7.3 | | 7.4 | 7.2 | Sales/Net Fixed Assets | | 7.5 | 7.9 | 6.9 | | | |
| | | 3.2 | | 3.2 | 3.0 | | | 2.3 | 3.7 | 4.2 | | | |
| | | 4.9 | | 5.7 | 5.6 | | | 5.1 | 7.6 | 5.1 | | | |
| | | 3.2 | | 3.3 | 2.9 | Sales/Total Assets | | 2.9 | 3.1 | 3.1 | | | |
| | | 2.0 | | 1.9 | 1.8 | | | 1.5 | 2.0 | 2.3 | | | |
| | | 1.5 | | 1.6 | 1.4 | | | 1.5 | .9 | 1.3 | | | |
| | (143) | 2.6 | (137) | 3.1 | (136) 2.9 | % Depr., Dep., Amort./Sales | (55) | 2.9 | (55) 2.1 | (13) 3.5 | | | |
| | | 5.1 | | 4.9 | 5.0 | | | 4.9 | 5.0 | 5.1 | | | |
| | | 2.6 | | 2.8 | 3.3 | | | 3.6 | 2.6 | | | | |
| | (74) | 6.0 | (84) | 5.8 | (76) 4.9 | % Officers', Directors', Owners' Comp/Sales | (33) | 6.7 | (32) 4.1 | | | | |
| | | 10.5 | | 10.0 | 8.7 | | | 11.0 | 8.0 | | | | |
| | | 805578M | | 1667462M | 2329227M | Net Sales ($) | | 37403M | 118228M | 55858M | 58083M | 52177M | 2007478M |
| | | 250562M | | 573966M | 334005M | Total Assets ($) | | 18116M | 44799M | 19317M | 43048M | 18980M | 189745M |

© RMA 2005                M = $ thousand    MM = $ million
See Pages 11 through 21 for Explanation of Ratios and Data