UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JARED JEROME HART,

    Defendant.

ORDER

14-cr-27-wmc-01

---

IT IS ORDERED that JARED JEROME HART, the defendant in the above-entitled case, having been sentenced to the custody of the Bureau of Prisons, is hereby ordered to surrender to the Bureau of Prisons by reporting to Duluth FPC, 4464 Ralston Drive, Duluth, MN 55811 on January 5, 2015 before 2:00 p.m.

IT IS FURTHER ORDERED that the Bureau of Prisons or its authorized representative is designated as an officer of the court for the purpose of receiving the defendant to begin commencement of his sentence.

IT IS FURTHER ORDERED that a certified copy of this order be mailed to the defendant by certified mail.

Entered this 2nd day of December, 2014.

William M. Conley
District Judge